U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB - 1 2012

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:11-CR-208-Y-(01) |
| | ) | |
| Angela Dee Murphy | ) | |

## REPORT OF VIOLATION OF CONDITIONS
## OF PRETRIAL RELEASE

COMES NOW L. Jaime Espinosa, Senior U.S. Probation Officer, presenting a report to the Court upon the conduct of defendant Angela Dee Murphy, who was placed on pretrial release supervision by the Honorable Jeffrey L. Cureton for the Court at Fort Worth, Texas, on the 2 nd of November, 2011, under the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(8)(p) The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a license medical practitioner.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

On November 2, 2011, the defendant was instructed to abide by all her conditions of release and report in every first and third Wednesday of each month. The defendant was also instructed to schedule a mental health assessment in order to begin mental health counseling at Phoenix Associates Counseling Services, located at 3001 West 5 th Street, Suite A Fort

Worth, Texas 76107. Defendant Murphy was also enrolled into the random drug testing program located at Helping Open People's Eyes, located at 3210 W. Pleasant Valley Lane, Suite B Arlington Texas 76015. Defendant Murphy was also instructed to attend substance abuse counseling at Phoenix Associates Counseling Services, located at 110 West Randol Mill Road, Suite 120 Arlington, Texas 76011.

Defendant Murphy has violated her conditions of release as follows: On January 23, 2012, Defendant Murphy submitted to a random urine test which returned positive for methamphetamine. This officer received the positive test result on January 31, 2012. This officer confronted the defendant by telephone and she admitted to using methamphetamine on January 21, 2012.

Defendant Murphy has previously violated her conditions of release which resulted in a case staffing with Supervisor Vicki McMillan in December, 2011 and a summons before Your Honor on January 20, 2012.

The undersigned recommends that a warrant be issued and the defendant appear before a judge of this Court to determine whether her conditions of pretrial release should be revoked. Assistant U.S. Attorney Chris Wolfe was contacted regarding the violations and he indicated that he is in agreement with this recommendation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2012

U. Jaime Espinosa
Senior U.S. Probation Officer

Place: Fort Worth, Texas

Approved: Vicki McMillan

ORDER

Having considered the report of the Probation Office pertaining to possible violations by defendant Angela Dee Murphy of her conditions of pretrial release, the Court ORDERS that:

(  ) No action be taken.

(  ) A summons be issued and the defendant appear before a judge of this Court to determine whether his/her conditions of pretrial release should be revoked.

(✓) A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this Court to determine whether his/her conditions of pretrial release should be revoked.

(✓) The office of the United States Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

(  ) It is further ordered this matter is referred to the division U.S. Magistrate Judge who initially set the conditions of release. If the defendant was released outside the division, then the matter is to be referred to the duty U.S. Magistrate Judge.

SIGNED February 1, 2012.

Jeffrey L. Cureton
UNITED STATES MAGISTRATE JUDGE