# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

## Report on Offender Under Supervision - Early Termination Requested

| | | | |
|---|---|---|---|
| Name of Offender: | Angela Dee Murphy | Case No.: | 4:11-CR-00208(1) |
| Name of Sentencing Judge: | Senior U.S. District Judge Terry R. Means | | |
| Date of Original Sentence: | January 28, 2013 | | |
| Original Offense: | Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C) | | |
| Original Sentence: | 48 months custody, 36-month term of supervised release | | |
| Revocations: | None | | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | July 17, 2015 |
| Assistant U.S. Attorney: | Chris Wolfe | Defense Attorney: | Mark Lassiter (Retained) |

## Request to Terminate Supervision Prior to the Original Expiration Date

The following information/request is being presented for the Court's review and decision:

Angela Dee Murphy has been supervised in the Northern District of Texas, Fort Worth Division, since her release from custody on July 17, 2015. Ms. Murphy maintained a stable residence with her family and then purchased her own home in June of 2016. Murphy has been employed the entirety of her supervision. A criminal records check was completed on July 21, 2017, which revealed Ms. Murphy has no new arrests since her release from custody. All special conditions have been satisfied and all urine tests collected from Ms. Murphy have tested negative for the presence of controlled substances. Ms. Murphy has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is recommended she be discharged from supervision.

Pursuant to Rule 32.1(c) of the Federal Rule of Criminal Procedure, the Office of the U.S. Attorney was advised of our plan to request an early termination of supervision ten business days prior to submission to the Court. This officer contacted Assistant U.S. Attorney Chris Wolfe in the U.S. Attorney's Office for guidance in this matter. He informed me that he was unopposed to the early termination of Murphy's supervised release.

I declare under penalty of perjury that the
foregoing is true and correct.

Executed on August 21, 2017

s/Audra Schultz
U.S. Probation Officer
Arlington
Phone: 817-505-1079
Fax: 817-649-5954

Approved,

s/Casey Kimble
Supervising U.S. Probation Officer
Phone: 817-505-0998

**Order of the Court:**

- ☒ Petition is Granted. The Court agrees with the recommendation of the probation officer and orders that Angela Dee Murphy be discharged from supervision and the proceedings in this case be terminated.

- ☐ Petition is Denied.

- ☐ Other or Additional:

- ☐ File under seal until further order of the Court.

*Terry R. Means*
Terry R. Means
Senior U.S. District Judge

August 23, 2017.
Date

AS

\* Attachment